JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GILLESPIE and DORIS TERRELL,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY and FIRST AMERICAN TRUSTEE SERVICING, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: SACV 12-00143JST(JPRx)<br>**OCSC Case No. 30-2011-00523994**<br><br>**ORDER ON STIPULATION OF THE PARTIES TO VOLUNTARILY REMAND THE ACTION TO STATE COURT** |

Having reviewed the Stipulation to Voluntarily Remand the Action To State Court (the "Stipulation") filed by Defendant WELLS FARGO BANK, N.A. ("Defendant"), by and through its attorneys, Wright, Finlay & Zak, LLP, and Plaintiffs, CHARLES GILLESPIE and DORIS TERRELL ("Plaintiffs"), by and through their attorneys of record, The Law Offices Of Joseph Manning Jr. APC, and finding good cause appearing, the Court makes the following order:

-1-

**ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS ORDERED, ADJUDGED, AND DECREED** that

    The Action, case number SACV 12-00143JST(JPRx) is REMANDED to the Orange County Superior Court.

Dated: October 24, 2012

                                         United States District Judge

-2-

**ORDER**